**Order entered May 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00565-CV

**JW GST EXEMPT TRUST AND JAMES Y. WYNNE, Appellants**

**V.**

**WRENO S. WYNNE, WILLIAM B. WYNNE, ET AL., Appellees**

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 84117-86**

## ORDER

By notice filed May 13, 2015, appellee American Liberty Oil Company, LP has informed the Court it has filed for bankruptcy. Pursuant to Texas Rule of Appellate Procedure 8.2, further action in this cause is automatically suspended. *See* TEX. R. APP. P. 8.2. Accordingly, for administrative purposes, this cause is **ABATED** and treated as a closed case. It may be reinstated on motion by any party showing, in accordance with rule of appellate procedure 8.3, that the appeal is permitted by federal law or the bankruptcy court. *See id.* 8.3.

.

/s/      CRAIG STODDART
JUSTICE